**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-6313**

_____

MARK BRIAN FOSTER, JR.,

        Plaintiff - Appellant,

    v.

WARREN ALEXANDER; BRYANT POOLE,

        Defendants - Appellees,

    and

CORRECTIONAL OFFICERS, Eastern Correctional,

        Defendant.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, District Judge.  (5:22-ct-03003-BO)

_____

Submitted:  August 22, 2024                    Decided:  August 27, 2024

_____

Before WILKINSON, WYNN, and RICHARDSON, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Mark Brian Foster, Jr., Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mark Brian Foster, Jr., appeals the district court's order granting summary judgment in favor of Defendants on his 42 U.S.C. § 1983 excessive force claim. We have reviewed the record and find no reversible error. Accordingly, we deny Foster's pending motions, and we affirm the district court's order. *Foster v. Alexander*, No. 5:22-ct-03003-BO (E.D.N.C. Mar. 18, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*